[This decision has been published in *Ohio Official Reports* at 94 Ohio St.3d 33.]

THE STATE OF OHIO, APPELLANT, *v*. WETHERALL, APPELLEE.

[Cite as *State v. Wetherall,* 2002-Ohio-75.]

*Criminal law—Domestic violence—Assertion of self-defense by defendant—Court of appeals' judgment vacated and cause remanded for consideration of State v. Barnes.*

(No. 01-1427—Submitted November 28, 2001—Decided January 9, 2002.)

CERTIFIED by the Court of Appeals for Hamilton County, No. C-000113.

_____

{¶ 1} The judgment of the court of appeals is vacated, and the cause is remanded to the court of appeals for consideration of *State v. Barnes* (2002), 94 Ohio St.3d 21, 759 N.E.2d 1240, decided today.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____

*Michael K. Allen*, Hamilton County Prosecuting Attorney, and *James Michael Keeling*, Assistant Prosecuting Attorney, for appellant.

_____